IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH R. REID,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-01650 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN GARZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of January 2024, upon consideration of pro se Petitioner Kenneth R. Reid ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), as well as his pending motion seeking leave to proceed in forma pauperis (Doc. No. 4), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion seeking leave to proceed in forma pauperis (Doc. No. 4) is **GRANTED**, and the petition (Doc. No. 1) is **DEEMED FILED**;

2. The petition (Doc. No. 1) is **DISMISSED** for lack of jurisdiction; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge